**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **WILLIAM BRADFORD,** <br> **On behalf of himself and all others** <br> **similarly situated, and** <br> **BONNIE BRADFORD,** <br>         **Plaintiffs** <br> <br> v. <br> <br> <br> **DELTA MANAGEMENT ASSOCIATES, INC.,** <br>         **Defendant** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 07-11760-RGS <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL**

The parties agree and stipulate that this action is to be dismissed with prejudice as to plaintiffs and without prejudice as to all putative class members, no class having been certified.  The parties waive fees, costs, and rights of appeal.

>Plaintiffs,
>By their attorney:
>
>*/s/Kenneth D. Quat*
>BBO #408640
>QUAT LAW OFFICES
> 9 Damonmill Square, Suite 4A-4
>Concord MA 01742
>978-369-0848
>kquat@quatlaw.com

Defendant, by its attorney:

*/s/MICHAEL A. RIORDAN*
BBO #644574
100 Everett Ave. #13
Chelsea MA 02150
781-284-0112
mikeario@aol.com